**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

ALEXIS M. BRULATOUR,

Plaintiff,

26 **CIVIL** 482 (SLC)

-v-

# JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 22, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. The parties further agree that if the Administrative Law Judge uses expert(s) to offer evidence, plaintiff will have the opportunity to cross-examine the expert(s) pursuant to the instructions in the Program Operations Manual System (POMS).

**Dated:** New York, New York

October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**